| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 11, 2020
David J. Bradley, Clerk

Eric Palacio, et al., §
  §
    Plaintiffs, §
  §
versus §   Civil Action H-20-96
  §
Ken Cuccinelli, et al., §
  §
    Defendants. §

## Opinion on Dismissal

1. In 2017, Eric Palacio and Almas Khan applied to the United States Citizenship and Immigration Services to make Almas Khan a permanent resident of the United States. Palacio and Khan said that Khan was entitled to citizenship because they were married.

2. On January 10, 2020, Palacio and Khan sued the government to compel its decision on Khan's immigration application.

3. On January 16, 2020, Palacio requested to withdraw the application; he claimed that (1) their marriage was part of a scheme to help Khan get a green card, (2) they never lived together or had sex, and (3) she was married to someone else.

4. Because Palacio has withdrawn the application, this action to compel the government is moot. This case will be dismissed with prejudice.

Signed on June 11, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge